

# GRIMBLE & LOGUIDICE, LLP
Attorneys at Law
217 Broadway, Suite 304
New York, New York 10007
Tel (212) 349-0450 • Fax (212) 349-0544
www.grimblelaw.com
info@grimblelaw.com

Robert Grimble
rg@grimblelaw.com

Robin LoGuidice
rml@grimblelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2023

**MEMO ENDORSED**

January 11, 2023

<u>By ECF</u>
The Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Hamilton Advance Inc. v The Buzaglo Group, LLC, et. al.*: Case No. 1:22-cv-08347
      Letter Motion Seeking Adjournment

Dear Judge Parker:

Opposing counsel and I have had a brief discussion about this matter, seeking a possible resolution of the Federal issues, and we would like to adjourn the conference that is scheduled for January 12, 2023, at 12:00 p.m.

The parties have exchanged settlement proposals.

If the conference does proceed both counsels would prefer a telephone or other remote conference, if that is acceptable to the Court.

Thank you for your attention to this matter

Sincerely Yours,

Robert Grimble

(RG0864, NYS Atty ID 1451087)

Cc: Adam Gonnelli

<u>**APPLICATION GRANTED:**</u>  The Initial Case Management Conference scheduled for Thursday, January 12, 2023 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, March 2, 2023 at 12: 15 p.m.</u>

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
01/11/2023